**Affirmed and Memorandum Opinion filed December 10, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00291-CR

---

### LANCE HARRIS WEST, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 12th District Court
Madison County, Texas
Trial Court Cause No. 09-11356-012-14**

---

## M E M O R A N D U M   O P I N I O N

Appellant entered a plea of guilty to the offense of harassment by persons in certain correctional facilities. The trial court deferred adjudicating guilt and placed appellant under community supervision for five years. Subsequently, the State moved to adjudicate guilt. The trial court found appellant guilty and sentenced him to confinement for six years in the Institutional Division of the Texas Department of Criminal Justice. Appellant filed a notice of appeal.

Appellant's appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirement of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant. Appellant was advised of the right to examine the appellate record and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 510 (Tex. (Tex. Crim. App.1991). As of this date, no pro se response has been filed.

We have carefully reviewed the record and counsel's brief and agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, the judgment of the trial court is affirmed.


PER CURIAM


Panel consists of Justices McCally, Busby, and Wise.
Do Not Publish — Tex. R. App. P. 47.2(b).